# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHNY PARSONS                                                                                      PLAINTIFF

V.                              NO. 4:14CV00019 JTR

CAROLYN W. COLVIN,                                                                            DEFENDANT
Acting Commissioner,
Social Security Administration

## ORDER

Plaintiff seeks judicial review of the administrative denial of his claim for Disability Insurance Benefits and Supplemental Security Income. *Doc. #2*. The Commissioner has filed an Unopposed Motion to Remand, asserting that the case should be reversed and remanded for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g). *Doc. #14*. The Motion states Plaintiff's counsel was contacted and has no objection to the requested remand. *Id. at 1*.

In the Motion, the Commissioner seeks voluntary remand for the Administrative Law Judge to hold a supplemental hearing and issue a new decision. Specifically, the Commissioner requests remand for the ALJ: (1) to obtain supplemental vocational evidence; and (2) before relying on any vocational expert evidence, to identify and resolve any conflicts between the expert's evidence and

information in the Dictionary of Occupational Titles, as required by Social Security Ruling 00-4p. Under the circumstances, remand is appropriate.

IT IS THEREFORE ORDERED THAT the Commissioner's Unopposed Motion to Remand, *Doc. #14*, is GRANTED. The Commissioner's prior decision is REVERSED and this matter is REMANDED for further administrative proceedings and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 11th day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE